Jason E. Anderson
8015 15th Ave NW Ste 5
Seattle, WA 98117
(206) 706-2882

# IN THE UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>DIRK M MAYBERRY | Bankruptcy Case No 16-11049<br><br>ANSWER TO PETITION FOR INVOLUNTARY BANKRUPTCY |

Dirk M. Mayberry (hereinafter "respondent") answers the petition for involuntary bankruptcy as follows:

## I. CHAPTER OF THE BANKRUPTCY CODE

1. Respondent denies that Chapter 7 is the appropriate Chapter in the event an order for relief is entered. In the event an order for relief is entered, it should be as a Chapter 11 debtor.

## II. IDENTITY OF DEBTOR

2. Respondent admits his name is Dirk Martin Mayberry.
3. Respondent denies that the entities identified in paragraph three are other names or alter-egos for Dirk Mayberry.
4. Respondent admits the last four digits of his social security number are listed.
5. No response required.

ANSWER TO INVOLUNTARY
PETITION Page 1 of 3
- 1 -

Law Office of Jason E. Anderson
8015 15th Ave NW Ste 5
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
email: jason@jasonandersonlaw.com

Case 16-11049-TWD    Doc 7    Filed 03/20/16    Ent. 03/20/16 23:54:53    Pg. 1 of 3

6. I admit that I often receive mail at the address, PO Box 94744, Seattle, WA 98124. I deny that 4206 B Rainier Ave S, Seattle, WA, 98118 is my principal place of business.

7. Respondent is self employed.

8. Respondent admits the bulk of his debts are business debts.

9. Respondent denies bankruptcy cases are currently pending against Bridget Baldwin or Dirk M. Mayberry Inc.,.

### III. REPORT ABOUT THE CASE

10. Respondent admits he has resided in Washington for the last 180 days.

11. Respondent denies that Erica Fraser and David Leen are eligible to file this petition. Respondent is unable to determine whether Princess Brown is eligible to file this petition at this time. Respondent further denies he is generally not paying such debtors debts as they become due.

12. Respondent is unable to admit nor deny this allegation at this time.

13. Respondent denies that each of the Petitioners are separate unsecured creditors with claims that are "not contingent as to liability or the subject of a bona fide dispute as to liability or amount" Upon information and belief, to the extent any petitioner has a claim, that petitioners claim is entirely secured, at least one has been paid in full, and the petitioners claims do not represent three separate unliquidated claims.

### IV. REQUEST FOR RELIEF

14. Respondent denies Petitioner's request for Relief and further denies that Petitioners are entitled to any relief of any kind under the US Bankruptcy Code.

### V. AFFIRMATIVE DEFENSES

15. Respondent notes that there are less than three eligible creditors who have filed the petition against Respondent. Respondent is reviewing his various records to determine whether he has twelve unsecured creditors which he believes is likely. Respondent asks to supplement this answer after that review is completed and he is able to list these creditors.

ANSWER TO INVOLUNTARY
PETITION Page 2 of 3

- 2 -

Law Office of Jason E. Anderson
8015 15th Ave NW Ste 5
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
email: jason@jasonandersonlaw.com

Case 16-11049-TWD    Doc 7    Filed 03/20/16    Ent. 03/20/16 23:54:53    Pg. 2 of 3

16. The Petitioners have state court remedies that are superior to a petition for an involuntary bankruptcy.

17. The decision to file an involuntary petition was made in bad faith.

18. A workout of the petitioners claims are ongoing that will resolve all claims in full.

The respondent hereby prays for an order dismissing this petition and for an award of attorney fees and such other relief as is appropriate if the petitioners maintain this petition for relief.

March 20, 2016

By: __/s/ Jason Anderson_____
Jason E. Anderson WSBA #32232
Attorney for Alleged Debtor

ANSWER TO INVOLUNTARY
PETITION Page 3 of 3

- 3 -

Law Office of Jason E. Anderson
8015 15th Ave NW Ste 5
Seattle, WA 98117
(206) 706-2882 / Fax (206) 783-0653
email: jason@jasonandersonlaw.com

Case 16-11049-TWD    Doc 7    Filed 03/20/16    Ent. 03/20/16 23:54:53    Pg. 3 of 3