UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| In re: | Case No. 16-11049-TWD |
|---|---|
| DIRK M. MAYBERRY, | Chapter 7 |
| Alleged Debtor | **PROOF OF SERVICE** |

Donald A Bailey hereby declares under penalty of perjury as follows:

1. On March 4, 2016, I served the Involuntary Petition herein (ECF #2) and the Summons (ECF #4) on alleged debtor Dirk M Mayberry by mailing such pleadings to him, first class mail, postage prepaid, addressed as follows:

DIRK M MAYBERRY
PO BOX 94744
SEATTLE WA 98124

DIRK M MAYBERRY
4206 B RAINIER AVE S
SEATTLE WA 98118

DIRK M MAYBERRY
4200 RAINIER AVE SO #101
SEATTLE WA 98118

DIRK M MAYBERRY
8801 36TH AVE SO #2
SEATTLE, WA 98118

PROOF OF SERVICE - 1

**DONALD A BAILEY**
ATTORNEY AT LAW
1720 Olive Way, #1000
Seattle, WA 98101
206 682 4802

DIRK M MAYBERRY
7238 INTERLAKKEN DR SW
LAKEWOOD WA 98499

    2. The two addresses listed above are the addresses on the involuntary petition. The third, fourth and fifth addresses listed above are addresses shown by the Secretary of State to be places where Dirk M Mayberry conducts business, including addresses he lists as the registered agent for service of process on Dirk M Mayberry Inc. and Redwater Associates Inc. See the attached printouts from the Secretary of State website.

    Dated: March 4, 2016

                                      DONALD A BAILEY
                                      /s/ Donald A Bailey
                                      WSB#12289
                                      Attorney for Petitioning Creditors

PROOF OF SERVICE - 2

**DONALD A BAILEY**
ATTORNEY AT LAW
1720 Olive Way, #1000
Seattle, WA 98101
206 682 4802

Case 16-11049-TWD    Doc 9    Filed 03/22/16    Ent. 03/22/16 12:11:31    Pg. 2 of 4

# REDWATER ASSOCIATES INC.

| | |
|---|---|
| UBI Number | 603208151 |
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Active |
| State Of Incorporation | WA |
| WA Filing Date | 05/21/2012 |
| Expiration Date | 05/31/2016 |
| Inactive Date | |
| Duration | Perpetual |
| Registered Agent Information | |
| Agent Name | DIRK M MAYBERRY |
| Address | 7238 INTERLAKKEN DR SW |
| City | LAKEWOOD |
| State | WA |
| ZIP | 98499 |
| Special Address Information | |
| Address | PO BOX 94744 |
| City | SEATTLE |
| State | WA |
| Zip | 98124 |

## Governing Persons

| Title | Name | Address |
|---|---|---|
| President | MAYBERRY, DIRK M | 4200 RAINIER AVE S # 101<br>SEATTLE, WA 98118 |

## DIRK M. MAYBERRY INC.

| | |
|---|---|
| UBI Number | 602517127 |
| Category | REG |
| Profit/Nonprofit | Profit |
| Active/Inactive | Inactive |
| State Of Incorporation | WA |
| WA Filing Date | 06/30/2005 |
| Expiration Date | 06/30/2014 |
| Inactive Date | 10/01/2014 |
| Duration | Perpetual |
| Registered Agent Information | |
| Agent Name | DIRK M MAYBERRY |
| Address | 4200 RAINIER AVE SO #101 |
| City | SEATTLE |
| State | WA |
| ZIP | 98118 |
| Special Address Information | |
| Address | PO BOX 94744 |
| City | SEATTLE |
| State | WA |
| Zip | 98124 |

### Governing Persons

| Title | Name | Address |
|---|---|---|
| President | MAYBERRY, DIRK M | 8801 36TH AVE SO #2 SEATTLE, WA 98118 |